UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 25 AM 10: 15

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NOE VILLALBA (1),

        Defendant.

CASE NO. 11CR4188

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case (11CR4775-L) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__XX__ of the offense(s) as charged in the Information:

    8:1326(a) AND (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 24, 2011

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE